

# NUMBER 13-23-00506-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GENEVIE NICOLE LOPEZ,                                          Appellant,

v.

THE STATE OF TEXAS,                                           Appellee.

On appeal from the 187th District Court
of Bexar County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Chief Justice Contreras**

This cause is before the Court on appellant's motion to dismiss this appeal.[1] The

motion was signed by both counsel and the appellant. We find the motion meets the

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of March, 2024.